ROBERT SIBILIA S.B.N. 126979
Oceanside Law Center
P.O. Box 861
Oceanside, CA 92049
Tel: (760) 666-1151
Fax: (818) 698-0300
Email: robert@oceansidelawcenter.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CALLENDER,<br><br>Plaintiff,<br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Defendant. | **Case No.: 5:26-cv-00282**<br><br>Complaint<br><br>1. **VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C §1692 *et seq.***<br>2. **VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, CALIFORNIA CIVIL CODE §§ 1788.17** |

Plaintiff, Gregory Callender ("Plaintiff"), hereby alleges:

## INTRODUCTION

1. This is an action for damages arising from Defendant's violations of the Fair Debt Collection Practices Act, 15 USC § 1692 (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788, *et seq.* (hereinafter "the Rosenthal Act" or "RFDCPA").

## PARTIES

2. Plaintiff is a natural person, who at all relevant times has resided in Moreno Valley, California.

3. Defendant Portfolio Recovery Associates, LLC, ("Defendant" or "PRA"), is a corporation that regularly conducts business in California. Defendant is a "debt collector" as the phrase is defined and applied under 15 U.S.C. §1692(a) of the FDCPA in that they regularly attempt to collect on debts primarily incurred for personal, family or household purposes.

**FACTUAL STATEMENT**

4. On a date better known to Defendant, Plaintiff Callender allegedly incurred a debt.
5. The debt allegedly incurred was for personal, familial, and household purposes.
6. The alleged debt was sold to Defendant.
7. In an attempt to collect the debt, Defendant placed a tradeline on Plaintiff's credit report.
8. On or about November 2025, after reviewing his credit report, Plaintiff noticed that Defendant is reporting his debt as disputed.
9. Plaintiff thereafter, sent Defendant a written notice withdrawing the dispute and specifically demanded that the "disputed" notation be removed from any credit reporting.
10. Despite the withdrawal of the dispute, Defendant continued to furnish the account to one or more CRAs with the notation that the debt was "disputed," thereby misrepresenting Plaintiff's credit status.
11. As a result, Plaintiff's credit was harmed, limiting his credit opportunities.

**COUNT I**
**VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**
**15 U.S.C. §1692 *et seq***

12. Plaintiff repeats the allegations contained in the above paragraphs and incorporates them as if specifically set forth at length herein.

13. Defendant's actions are in violation of 15 U.S.C. § 1692e(8).

WHEREFORE, Plaintiff seeks actual damages, statutory damages, costs, interest, attorney's fees, and such other and further relief as may be just and proper.

**COUNT II**
**VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, CALIFORNIA CIVIL CODE §§ 1788.17**

14. Plaintiff repeats, re-alleges, and reincorporates the allegations contained in the paragraphs above and incorporates them as if set forth specifically herein.

15. The Rosenthal Act, California Civil Code § 1788.17, requires every creditor (Defendant) attempting to collect a consumer debt to comply with the provisions of "Sections 1692b to 1692j, inclusive, of, and shall be subject to the remedies in Section 1692k of Title 15 of the United States Code."

16. Defendant's collection attempts violate 15 U.S.C. § 1692e(8), and thereby also violate the Rosenthal Act, California Civil Code §§ 1788.17, as well as any other applicable provisions.

17. Defendant's actions were knowing and willful.

18. As a result of Defendant's wrongful collection practices, Plaintiff has been damaged and is entitled to relief.

WHEREFORE, Plaintiff, Gregory Callender respectfully requests that the Court do the following for the benefit of Plaintiff:

A. Enter an Order declaring Defendant's actions, as described above, in violation of the FDCPA;

B. Enter a judgment against Defendant for actual and statutory damages, pursuant to 15 U.S.C. § 1692k;

C. Award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k; and

D. Grant such other and further relief as may be just and proper.

## **JURY TRIAL DEMAND**

Plaintiff demands a jury trial on all issues so triable.

Dated this 20th day of January 2026

Respectfully Submitted,

/s/ *Robert Sibilia*_______

ROBERT SIBILIA S.B.N. 126979
Oceanside Law Center
P.O. Box 861
Oceanside, CA 92049
Tel: (760) 666-1151
Fax: (818) 698-0300
Email: robert@oceansidelawcenter.com
Attorney for Plaintiff